**No. 44536.**—Protests 942905–G, etc., of Fritzsche Bros., Inc. (New York).

Opinion by Evans, J.  It was stipulated that the merchandise consists of ginger root the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126).  The claim for free entry under paragraph 1768 was therefore sustained.